THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES C. CROPSEY, as District Attorney of Kings County, Appellant, v. WILLIAM TOWNSEND et al., Individually and as the Board of Parole for State Prisons, Respondents.

(Submitted April 27, 1916; decided May 2, 1916.)

Motion for re-argument denied. (See 218 N. Y. 615.)